EDWARD P. MANGANO  
County Executive

CARNELL T. FOSKEY  
County Attorney



**COUNTY OF NASSAU**  
**OFFICE OF THE COUNTY ATTORNEY**  
One West Street  
Mineola, New York 11501-4820  
516-571-3056  
FAX: 516-571-6684

October 7, 2016

VIA ECF  
Hon. Leonard D. Wexler  
United States District Court - EDNY  
Long Island Federal Courthouse  
944 Federal Plaza  
Central Islip, New York 11722

Re: Morgan Patrick McMahon an infant under the age of fourteen years, by Raquel Rodriguez McMahon, his mother and natural guardian, and Raquel Rodriquez McMahon, individually v. County of Nassau, Nassau County Police Department, and Police Officers "John Does 1-10"  
     Index No.: 15-cv-0666

Dear Judge Wexler:

    I am writing with the consent of Mr. Brewington, counsel for the Plaintiff, to advise you that the above-captioned case has been settled. Accordingly, we request that the conference scheduled for October 11, 2016 be cancelled. Thank you for your courtesy and cooperation.

                   Very truly yours,

                   *James R. Scott*

                   James R. Scott  
                   Deputy County Attorney  
                   (516) 571-0511