UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MORGAN PATRICK McMAHON, an infant over
the age of fourteen years, by RAQUEL RODRIGUEZ
McMAHON, his mother and Natural Guardian, and
RAQUEL RODRIGUEZ McMAHON, individually,

DOCKET NO: CV-15-666

Plaintiff,

-against-

***STIPULATION OF DISCONTINUANCE***

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, AND POLICE OFFICERS
"JOHN DOES 1-10," (Names currently in the possession
of Defendants and not fully known to Plaintiff)

Defendants.
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, voluntarily dismissed with prejudice, and without costs to any party as against the other. This *Stipulation* may be filed without further notice with the Clerk of the Court, and an *Order* to that effect may be entered without further notice.

This *Stipulation* may be executed in counterparts, and facsimile signatures shall be accepted as originals for the purposes of this stipulation.

Dated: February 18, 2017

LAW OFFICES OF
FREDERICK K. BREWINGTON

By: FREDERICK K. BREWINGTON
*Attorneys for Plaintiff*
556 Peninsula Boulevard
Hempstead, New York 11550
(516) 489-6959

OFFICE OF THE COUNTY ATTORNEY
COUNTY OF NASSAU

By: JAMES R. SCOTT
*Attorneys for Defendants*
One West Street
Mineola, New York 11501
(516) 571-0511